**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| Stephanie Kovach, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MFA, Incorporated, )<br>)<br>)<br>)<br>)<br>)<br>Defendant. ) | Case No. 4:21-cv-00248-UNA |

**ORDER**

The above styled and numbered case was opened on February 26, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:21-cv-00013-**NAB**.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-00248 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: <u>March 1, 2021</u>   By:  /s/ Michele Crayton
                                Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:21-cv-00013-NAB.**